Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## Western District of Wisconsin
## Seventh Division

Plaintiff(s): Frankie L. Taylor

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s):
Mark Springteen and Son
Eric Schoover - Beloit Police Dept.
Hope Otto - DCF Racine, Wisc

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. **25-cv-944-jdp**
*(to be filled in by the Clerk's Office)*

Jury Trial: (check one) ☐ Yes ☐ No

FILED/REC'D 2025 NOV 14 P 3:43
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Frankie L. Taylor
  Address: 802 North St.
  Beloit, Wisc 53511
  City / State / Zip Code
  County: Rock
  Telephone Number: (608) 371-3156
  E-Mail Address: ft1799875@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: Mark Springteen and Son
  Job or Title (if known): Bartender
  Address: 727 Westlawn Ave
  Racine, Wisc 53403
  City / State / Zip Code
  County: Racine
  Telephone Number: (262) 633-0467
  E-Mail Address (if known): rocketoboy260@aol.com
  [X] Individual capacity  [ ] Official capacity

  Defendant No. 2
  Name: Eric Schoover
  Job or Title (if known): Det. Beloit Police Dept.
  Address: 100 State St.
  Beloit, Wisc 53511
  City / State / Zip Code
  County: Rock
  Telephone Number: (608) 364-6900
  E-Mail Address (if known):
  [ ] Individual capacity  [X] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: Hope Otto
Job or Title (if known): Director
Address: 1717 Taylor
City: Racine  State: Wisc  Zip Code: 53403
County: Racine
Telephone Number: (262) 633-6312
E-Mail Address (if known): dcfweb@wisconsin.gov

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City   State   Zip Code
County:
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due Process, Hate Crime, Equal Rights

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. Mark Springleen and Son, made false accusation that never happen nor occurred. Det Eric Schoover, falsely incarcerated me on false statements. Hope Otto falsely passed judgement on me base on false accusation

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Racine Wisconsin DCF

B. What date and approximate time did the events giving rise to your claim(s) occur?

Det. Eric Schoover stated May 2022 Beloit WI

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I Frankie L. Taylor, was falsely accused and incarcerated. The son made false statements of child sexual assault, with the help and guidance and coerce of his father. The Mother of the son knows these are false statements.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Mental and psychological harm and hardships Therapist sessions, Public humiliation Depression, Fear, Panic, Anxiety attacks

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Mark Springteen son — Actual Damages $200,000
Punitive $200,000

Eric Schoover Det. Actual Damages $100,000
Punitive Damages $100,000

Hope Otto DCF Dir. Actual Damages $250,000
Punitive Damages $250,000

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

X Date of signing: 11/14/25

Signature of Plaintiff: *Frankie L. Taylor*
Printed Name of Plaintiff: Frankie L. Taylor

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                *City*        *State*        *Zip Code*

Telephone Number
E-mail Address